```
STEVEN G. KALAR
Federal Public Defender
CANDIS MITCHELL
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   415.436.7700
Facsimile:   415.436.7706
candis_mitchell@fd.org
```

Counsel for Defendant Michael Bennett

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America,**<br><br>    Plaintiff,<br><br>v.<br><br>**Michael Bennett,**<br><br>    Defendant. | Case Number: cr15-496-MMC<br><br>**Joint Stipulation for Release from Custody and ~~Proposed~~ Order** |

Defendant Michael Bennett last appeared before the court on December 14, 2015. At the hearing it was decided that Mr. Bennett would remain in custody until a space opened for him at a halfway house. United States Probation has secured a place for Mr. Bennett at the facility at 111 Taylor Street in San Francisco. Accordingly, Mr. Bennett should be released from custody on Tuesday, December 15, 2015.

Dated: December 15, 2015          /s/ Candis Mitchell
                                  Candis Mitchell
                                  Attorney for Defendant Michael Bennett

Dated: December 15, 2015          /s/ Adam Wright
                                  Adam Wright
                                  Assistant United States Attorney

Stipulation and Proposed Order
cr15-496-MMC                                    1

## [~~Proposed~~] ORDER

IT IS SO ORDERED, that Mr. Michael Bennett be released from custody at San Francisco County Jail on Tuesday, December 15, 2015. He is ordered to report to 111 Taylor Street.

All other conditions remain the same.

IT IS SO ORDERED.

DATED: December 15, 2015

_____
**The Honorable Maxine M. Chesney**
United States District Judge

Stipulation and Proposed Order
cr15-496-MMC                                2